United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RENEE M VOCK,

Petitioner,

v.

SISKIYOU COUNTY CIRCUIT COURT, et al.,

Respondents.

Case No. 26-cv-08554-JST

**ORDER OF TRANSFER**

Petitioner, a prisoner housed at Oregon State Hospital in Salem, Oregon, has filed this *pro se* habeas petition. Petitioner commenced this action by filing a form petition for a writ of habeas corpus naming Siskiyou County Circuit Court and numerous other individuals as respondents, accompanied by a 400+ page handwritten attachment that lists over sixty "claims" and details various past events and past instances of mistreatment. *See generally* ECF No. 1. It is unclear if Petitioner is seeking habeas relief. In the form habeas petition, Petitioner indicates that she believes that she was improperly convicted of child abuse, but the attachment lists numerous other grievances she has generally against social workers and other individuals.

Whether this action is intended to be a habeas proceeding or a civil rights action, the proper venue for this action is the District of Oregon and not this district. Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). Petitioner is confined in the State of Oregon, and is detained pursuant to a conviction and judgment obtained in the State of Oregon. ECF No. 1 at 2. The proper venue is therefore the District of Oregon. 28 U.S.C. §§ 117, 2241(d).

The proper venue for a civil rights action generally is the judicial district in which: (1) any defendant resides, if all defendants are residents of the state in which the district is located; (2) a

substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) any defendant is subject to the court's personal jurisdiction, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Petitioner resides in the District of Oregon. Petitioner does not specify where the events complained about took place but it does not appear that any event occurred in this district, or that any of the individuals she references reside in this district. If this action is intended to be a civil rights action, the proper venue is most likely to be the District of Oregon, where Petitioner is located. 28 U.S.C. §§ 117, 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the District of Oregon. The Clerk is directed to close the case

**IT IS SO ORDERED.**

Dated: August 27, 2026

JON S. TIGAR
United States District Judge